# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AUSTIN MCCLURE BOUNDS, # 2431663, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:23-CV-0579-D |
| ) | |
| JOHNSON COUNTY CORRECTIONAL ) | |
| CENTER, et al., ) | |
|     Defendants. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. This action will be dismissed by separate judgment for failure to prosecute or comply with court orders to pay the filing fee.

**SO ORDERED**.

July 26, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE